1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Delia A. Bella

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | DELIA A. BELLA,                         ) Case No.: 2:13-cv-04585-PLA
                                             )
12 |     Plaintiff,                          ) ORDER AWARDING EQUAL
                                             ) ACCESS TO JUSTICE ACT
13 |     vs.                                 ) ATTORNEY FEES PURSUANT TO
                                             ) 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN, Acting               )
     Commissioner of Social Security,        )
15 |                                         )
         Defendant                           )
16 |                                         )

17

18   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

19   IT IS ORDERED that fees in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

20

21   DATE:  July 9, 2014

22                                   /s/ Paul L. Abrams
                                     _____
23                                   THE HONORABLE PAUL L. ABRAMS
                                     UNITED STATES MAGISTRATE JUDGE
24

25

26

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Steven G. Rosales*
   | _____
4 | Steven G. Rosales
   | Attorney for plaintiff Delia A. Bella
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |